UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DELANCE A. BRADSHAW,

            Plaintiff,

  v.

JESSE MOFFITT, JEFF TIMM,
JANE HOOD, ROB BLACK, and
GRAND APPLIANCE AND TV,

            Defendants.

Case No. 19-cv-1731-pp

## ORDER DISMISSING CASE WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO COMPLY WITH COURT'S ORDER REQUIRING HIM TO PROVIDE PROOF HE FILED AN ADMINISTRATIVE CLAIM PRIOR TO FILING THIS LAWSUIT

On March 16, 2021, the court issued an order allowing the plaintiff to proceed without prepaying the filing fee but requiring him to file proof that prior to filing this federal lawsuit, he filed an administrative claim with either the EEOC or the Wisconsin Equal Rights Division. Dkt. No. 4. The court also explained that if the plaintiff provided the court with proof that he had filed his administrative claim, he'd also need to file an amended complaint to provide the court with the information it would need to screen that complaint, to ensure that it stated a claim upon which relief could be granted by a federal court. The court sent the plaintiff an amended complaint form to assist him. The court required that by the end of the day on April 23, 2021, the plaintiff must provide the court with proof that he filed an EEOC/ERD claim, or the court would dismiss the case for failure to comply with the order. Id. at 9.

April 23, 2021 has come and gone, and the court has not received anything from the plaintiff. Nor has the court's order been returned for failure to deliver or some other problem with the post office. The court will dismiss the case without prejudice, which means that the plaintiff may file the case again if he is able to provide proof that he first filed a claim with the EEOC or the ERD.

The court **ORDERS** that this case is **DISMISSED WITHOUT PREJUDICE** for failure to follow the court's March 16, 2021 order. The clerk will enter judgment accordingly.

Dated in Milwaukee, Wisconsin this 26th day of April, 2021.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**Chief United States District Judge**